**SO ORDERED.**

**SIGNED this 30 day of April, 2010.**

_____
Randy D. Doub
United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN RE:

CLAUDIA QUINONES,

       DEBTOR

CHAPTER 7
CASE NO. 10-02158-8-RDD

ORDER GRANTING MOTION TO
CONTINUE MEETING OF CREDITORS

Pending before the Court is the Motion to Continue Meeting of Creditors filed by Claudia Quinones (the "Debtor") on March 29, 2010 (the "Continuance Motion"). The Court conducted a hearing on April 27, 2010 to consider the Continuance Motion.

The Meeting of Creditors was initially scheduled for April 28, 2010 at 9:30 a.m. The Continuance Motion stated the Debtor "is unable to attend the Chapter 7 341 Meeting" scheduled on April 28, 2010. The Continuance Motion contained no facts to support the request for the continuance. Had the Continuance Motion set forth sufficient justification for the continuance, the Court may have granted the Continuance Motion without a hearing.

Ms. Quinones appeared with her counsel at the hearing on April 27, 2010. Counsel proffered to the court that Mr. Quinones was disabled and had filed for disability benefits from the Social Security Administration. Counsel stated that Mr. Quinones had a hearing scheduled at the Social

Security Administration on April 28, 2010 and it was necessary for Mrs. Quinones to attend that hearing. Counsel stated that Mr. Quinones filed an application for benefits approximately two (2) years ago and that the hearing had been scheduled for an extended period of time.

The Motion to Extend is the first continuance of the Meeting of Creditors requested by the Debtor. Based on Mrs. Quinones' need to attend the previously scheduled hearing at the Social Security Administration for her husband, the Continuance Motion is **GRANTED**.

Therefore, the Clerk is hereby directed to reschedule the Meeting of Creditors in this case.

**SO ORDERED.**

**END OF ORDER**